**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **THERESSIA M. SHAVER** | § | |
| | | |
| **VS.** | § | **CIVIL ACTION NO. 5:04cv233** |
| | | |
| **COMMISSIONER OF SOCIAL** | | |
| **SECURITY ADMINISTRATION** | § | |

## <u>MEMORANDUM ORDER</u>

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Plaintiff filed objections to the Report and Recommendation. The Court conducted a *de novo* review of the Magistrate Judge's findings and conclusions.

Plaintiff objects to the Magistrate Judge's recommendation that Plaintiff's above-entitled and numbered social security cause of action be affirmed. In two pages of objections, Plaintiff asserts (1) there is not substantial evidence to support the Administrative Law Judge's ("ALJ") decision that Plaintiff has the residual functional capacity to perform the full range of work at the light exertional level; (2) there is not substantial evidence to support the ALJ's decision that Plaintiff's subjective complaints are not fully credible; and (3) there is not substantial evidence to support the ALJ's decision that Plaintiff is not disabled as defined in the Social Security Act.

After reviewing the transcript, the briefs of the parties, and the Report and Recommendation, the Court finds Plaintiff's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report

of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that the above-entitled Social Security action is **AFFIRMED**.

**SIGNED this 7th day of September, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE